The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HIDDEN HILLS MANAGEMENT, LLC, and 334TH PLACE 2001, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMTAX HOLDINGS 114, LLC, and AMTAX HOLDINGS 169, LLC,<br><br>Defendants. | No. 3:17-cv-06048-RBL<br><br>RULE 7.1 DISCLOSURE STATEMENT OF AMTAX HOLDINGS 169, LLC |
| AMTAX HOLDINGS 114, LLC, AMTAX HOLDINGS 169, LLC, and PARKWAY APARTMENTS, LP,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>HIDDEN HILLS MANAGEMENT, LLC, and 334TH PLACE 2001, LLC,<br><br>Counter-Defendants. | |

Defendant and Counter-Plaintiff AMTAX Holdings 169, LLC ("AMTAX 169"), by its counsel, furnishes the following information in compliance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1:

RULE 7.1 DISCLOSURE STATEMENT
No. 3:17-cv-06048-RBL – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| 1 | AMTAX 169 is a limited liability company organized under Ohio law. AMTAX 169 does not have a parent corporation and no publicly held corporation owns 10 percent or more of its stock. |
| | AMTAX 169's sole member is GAHTCF Holdings, LLC. |

DATED: July 2, 2018

By: /s/ Steven D. Merriman
David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com

Christopher G. Caldwell (admitted *pro hac vice*)
Eric S. Pettit (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa Street, 31st Floor
Los Angeles, CA 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
Email: ccaldwell@bsfllp.com
            epettit@bsfllp.com

Attorneys for Defendant and Counter-Plaintiff
AMTAX Holdings 169, LLC

RULE 7.1 DISCLOSURE STATEMENT
No. 3:17-cv-06048-RBL – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

On July 2, 2018, I caused to be served upon the below named counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| David R. Goodnight<br>Rita V. Latsinova<br>J. Scott Pritchard<br>Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Phone: (206) 624-0900<br>Facsimile: (206) 386-7500<br>Email: david.goodnight@stoel.com<br>Email: rita.latsinova@stoel.com<br>Email: scott.pritchard@stoel.com | __X__ Via the Clerk's eFiling Application<br>____ Via hand delivery<br>____ Via U.S. Mail, 1st Class, Postage Prepaid<br>____ Via Overnight Delivery<br>____ Via Facsimile<br>____ Via Email |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED at Seattle, Washington, on July 2, 2018.

/s/ Steven D. Merriman
Steven D. Merriman

---

CERTIFICATE OF SERVICE
No. 3:17-cv-06048-RBL – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000