THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HIDDEN HILLS MANAGEMENT, LLC, and 334TH PLACE 2001, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMTAX HOLDINGS 114, LLC, and AMTAX HOLDINGS 169, LLC,<br><br>Defendants.<br><br>────────────────<br><br>AMTAX HOLDINGS 114, LLC, AMTAX HOLDINGS 169, LLC, and PARKWAY APARTMENTS, LP<br><br>Counter-Plaintiffs,<br><br>v.<br><br>HIDDEN HILLS MANAGEMENT, LLC, and 334TH PLACE 2001, LLC,<br><br>Counter-Defendants. | Case No. 3:17-cv-06048-RBL<br><br>DECLARATION OF J. SCOTT PRITCHARD IN SUPPORT OF 334TH PLACE 2001, LLC'S MOTION TO COMPEL AND FOR IN CAMERA REVIEW OF CERTAIN DOCUMENTS<br><br>NOTE ON MOTION CALENDAR: December 7, 2018 |

I, J. Scott Pritchard, declare as follows:

1. I am one of the attorneys for Plaintiffs Hidden Hills Management, LLC ("**HHM**") and 334th Place 2001, LLC ("**334th Place**") in the above-titled action, and I make this

DECLARATION OF J. SCOTT PRITCHARD - 1
(No. 3:17-cv-06048-RBL)

declaration in support of 334th Place's Motion to Compel and for In Camera Review of Certain Documents.

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter from AMTAX Holdings 169 LLC ("**Amtax 169**") to 334th Place dated March 6, 2018.

3. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the Limited Partnership Agreement for the Parkway Apartments, LP.

4. Attached hereto as **Exhibit C** is a true and correct copy of a letter from Amtax 169 to 334th Place dated May 8, 2018.

5. Attached hereto as **Exhibit D** is a true and correct copy of highlighted excerpts from the transcript of the Rule 30(b)(6) deposition of Chris Blake, the designated representative of Amtax 169, which was held on October 26, 2018. After review of this transcript, I counted the number of objections by Amtax 169's counsel on privilege grounds and/or instructions not to answer and determined there were a total of 51 such instances during the deposition.

6. Attached hereto as **Exhibit E** is a true and correct copy of 334th Place's Rule 30(b)(6) notice of Amtax 169.

7. Attached hereto as **Exhibit F** is a true and correct copy of a letter from Amtax 169's counsel to me, dated September 25, 2018.

8. Attached hereto as **Exhibit G** is a true and correct copy of a letter from me to Amtax 169's counsel dated October 30, 2018.

9. Attached hereto as **Exhibit H** is a true and correct copy of a letter from Amtax 169's counsel to me, dated November 2, 2018. The two emails referenced in this letter that Amtax 169 has clawed back, documents bearing Bates Numbers AMTAXHH00019120-21 and AMTAXHH00020525-26, have been submitted separately to the Court for in camera inspection and have not been filed with this motion. These emails have also been sequestered pending resolution of this issue by the Court.

DECLARATION OF J. SCOTT PRITCHARD - 2
(No. 3:17-cv-06048-RBL)

99242360.1 0009368-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

1  10. I hereby certify that I have in good faith conferred with Amtax 169's counsel by teleconference dated November 5, 2018 regarding Mr. Blake's deposition testimony, privilege objections, and the issues set forth in Exhibits G and H.  The parties were unable to resolve these issues when Amtax 169 refused to withdraw its privilege objections and rescind its claw back.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of November, 2018, at Seattle, Washington.

*s/ J. Scott Pritchard*_____
J. Scott Pritchard, WSBA No. 50761
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA  98101
Phone:  (206) 624-0900
Facsimile:  (206) 386-7500
Email:  scott.pritchard@stoel.com

DECLARATION OF J. SCOTT PRITCHARD - 3
(No. 3:17-cv-06048-RBL)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

- **David J. Burman**
  dburman@perkinscoie.com,docketsea@perkinscoie.com
- **Christopher G Caldwell**
  ccaldwell@bsfllp.com,BSF_LAD_Records@BSFLLP.com
- **David R Goodnight**
  DRGOODNIGHT@STOEL.COM,SEA_PS@stoel.com,docketclerk@stoel.com,jamie.dombek@stoel.com
- **Margarita V Latsinova**
  rvlatsinova@stoel.com,sea_ps@stoel.com,docketclerk@stoel.com,sherry.toves@stoel.com
- **Steven Douglas Merriman**
  smerriman@perkinscoie.com,docketsea@perkinscoie.com,JTanzy@perkinscoie.com
- **Eric S Pettit**
  epettit@bsfllp.com
- **J. Scott Pritchard**
  scott.pritchard@stoel.com,sea_ps@stoel.com,docketclerk@stoel.com,eileen.mccarty@stoel.com

Dated November 16, 2018.

*s/ Eileen McCarty*
Eileen McCarty, Practice Assistant
Stoel Rives, LLP
eileen.mccarty@stoel.com

CERTIFICATE OF SERVICE - 1