THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HIDDEN HILLS MANAGEMENT, LLC, and 334TH PLACE 2001, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMTAX HOLDINGS 114, LLC, and AMTAX HOLDINGS 169, LLC,<br><br>Defendants. | No. 3:17-cv-06048-RBL<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |
| AMTAX HOLDINGS 114, LLC, AMTAX HOLDINGS 169, LLC, and PARKWAY APARTMENTS, LP<br><br>Counter-Plaintiffs,<br><br>v.<br><br>HIDDEN HILLS MANAGEMENT, LLC, and 334TH PLACE 2001, LLC,<br><br>Counter-Defendants. | |

Pursuant to Local Civil Rule 7(n), Plaintiff 334th Place 2001, LLC ("334th Place") hereby provides the following notice of supplemental authority relevant to its pending motion for summary judgment (Dkt. # 52), noted on the motion calendar for January 25, 2019. On February 19, 2019, Judge Martinez of the United States District Court for the Western District of Washington issued an order on pending motions for summary judgment in the case captioned

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY - 1
Cause No. 3:17-cv-06048-RBL

1  *Senior Housing Assistance Group v. AMTAX Holdings 260, LLC*, et al., No. C17-1115RSM.

2  The order, a copy of which is attached hereto as Exhibit A, is relevant to the following two issues

3  in 334th Place's motion for summary judgment: (1) whether 334th Place's option is subject to

4  the consent of the limited partner (pp. 7, 11-13) and (2) whether AMTAX Holding 169, LLC has

5  established sufficient proof of damages on its counterclaims (pp. 16-19).

6      DATED:  February 26, 2019     STOEL RIVES LLP

7

8      */s/ Rita V. Latsinova*
   David R. Goodnight, WSBA No. 20286
9  Rita V. Latsinova, WSBA No. 24447
   J. Scott Pritchard, WSBA No. 50761
10 600 University Street, Suite 3600
   Seattle, WA  98101
11 Phone:  (206) 624-0900
   Facsimile:  (206) 386-7500
12 Email:  david.goodnight@stoel.com
   Email:  rita.latsinova@stoel.com
13 Email:  scott.pritchard@stoel.com

14 Attorneys for Plaintiff Hidden Hills
   Management LLC and 334th Place 2001, LLC
15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY - 2
Cause No. 3:17-cv-06048-RBL

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

100464386.1 0009368-00002

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

- **Craig H Bessenger**
  cbessenger@bsfllp.com
- **David J. Burman**
  dburman@perkinscoie.com,swyatt@perkinscoie.com,docketsea@perkinscoie.com
- **Christopher G Caldwell**
  ccaldwell@bsfllp.com,rmyers@bsfllp.com,BSF_LAD_Records@BSFLLP.com
- **David R Goodnight**
  DRGOODNIGHT@STOEL.COM,SEA_PS@stoel.com,docketclerk@stoel.com,jamie.dombek@stoel.com
- **Arwen Johnson**
  ajohnson@bsfllp.com
- **Margarita V Latsinova**
  rita.latsinova@stoel.com,sea_ps@stoel.com,docketclerk@stoel.com,debbie.dern@stoel.com
- **Steven Douglas Merriman**
  smerriman@perkinscoie.com,docketsea@perkinscoie.com,JTanzy@perkinscoie.com
- **Eric S Pettit**
  epettit@bsfllp.com,smejia@bsfllp.com
- **J. Scott Pritchard**
  scott.pritchard@stoel.com,sea_ps@stoel.com,docketclerk@stoel.com,eileen.mccarty@stoel.com
- **Grayce S Zelphin**
  gzelphin@bsfllp.com

Dated February 26, 2019.

*s/ Cindy Castro*
Cindy Castro, Legal Practice Assistant
Stoel Rives LLP

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY - 3
Cause No. 3:17-cv-06048-RBL

100464386.1 0009368-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*