1　　　　　　　　　　　　THE HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　WESTERN DISTRICT OF WASHINGTON
8　　　　　　　　　　　　AT TACOMA

9　HIDDEN HILLS MANAGEMENT, LLC,　　│　No. 3:17-cv-06048-RBL
　and 334TH PLACE 2001, LLC,
10
　　　　　　　　Plaintiffs,
11
　　　　　v.　　　　　　　　　　　　│　DECLARATION OF J. SCOTT
12　　　　　　　　　　　　　　　　　│　PRITCHARD REGARDING FEES AND
　AMTAX HOLDINGS 114, LLC, and　　　│　COSTS FOR CONTINUED RULE 30(B)(6)
13　AMTAX HOLDINGS 169, LLC,　　　　│　DEPOSITION OF AMTAX 169, LLC
14　　　　　　　　Defendants.　　　　　│　NOTE ON MOTION CALENDAR:  August
　　　　　　　　　　　　　　　　　│　23, 2019
15
　AMTAX HOLDINGS 114, LLC, AMTAX
16　HOLDINGS 169, LLC, and PARKWAY
　APARTMENTS, LP
17
　　　　　　　　Counter-Plaintiffs,
18
19　　　　　v.

20　HIDDEN HILLS MANAGEMENT, LLC,
　and 334TH PLACE 2001, LLC,
21
　Counter-Defendants.

22
　　　　I, J. Scott Pritchard, declare as follows:
23
　　　　1.　　　I am one of the attorneys for Plaintiffs and Counter-Defendants Hidden Hills
24
　Management, LLC, and 334th Place 2001, LLC ("Plaintiffs") in the above-captioned matter, and
25

26

DECLARATION OF J. SCOTT PRITCHARD REGARDING
FEES AND COSTS FOR CONTINUED RULE 30(B)(6)
DEPOSITION OF AMTAX 169, LLC (Case No. 17-cv-06048-RBL) - 1
102756512.1 0009368-00002

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

1    I make this declaration based upon personal knowledge of the work performed in this case and

2    my review of my law firm's billing records.

3         2.      Plaintiffs filed a motion to compel in the case, which was granted by order of the

4    Court dated December 28, 2018 (the "Sanctions Order").  A true and correct copy of the

5    Sanctions Order is attached hereto as **Exhibit A**.  It provided that "pursuant to Federal Rule of

6    Civil Procedure 37(d), 334th Place's reasonable expenses, including its attorneys' fees and costs,

7    incurred to prepare for and hold the continued Rule 30(b)(6) deposition of Amtax 169 will be

8    paid for by Amtax 169."

9         3.      334th Place 2001, LLC seeks the fees and costs detailed in the chart below.  This

10    is the amount 334th Place 2001, LLC incurred between December 28, 2018 (the date of the

11    Order) and January 24, 2019 (the date of the deposition) in labor costs and other fees for the

12    continued Rule 30(b)(6) deposition of AMTAX Holdings 169, LLC ("AMTAX 169").

13

14

| 334TH Place 2001, LLC's Fees and Costs | |
|---|---|
| Attorneys | $16,730.00 |
| Paralegals | $4,917.00 |
| Costs | $5,407.91 |
| Total: | $27,054.91 |

19

20         4.      Stoel Rives attorneys' fee arrangement with 334th Place 2001, LLC is to bill for

21    work performed on an hourly basis, subject to appropriate adjustments in accordance with the

22    Rules of Professional Conduct § 1.5.  Rita Latsinova and I performed most of the work subject to

23    the Court's order.  My billing rate is $390 and Rita Latsinova's billing rate is $525.  We received

24    some assistance from a few other attorneys, paralegal Angela Lewis, and other non-attorney staff

25    members.  I am generally familiar with billing rates at firms comparable to Stoel Rives in Seattle

26

DECLARATION OF J. SCOTT PRITCHARD REGARDING
FEES AND COSTS FOR CONTINUED RULE 30(B)(6)
DEPOSITION OF AMTAX 169, LLC (Case No. 17-cv-06048-RBL) - 2
102756512.1 0009368-00002

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1    and these rates charged are within the range of billing rates for attorneys with similar expertise

2    and experience in the Seattle area.

3        5.      Attached hereto as **Exhibit B** are copies of the relevant excerpts from our billing

4    statements, showing the work performed and the aggregate time spent in connection with the

5    continued Rule 30(b)(6) deposition of AMTAX 169 from the date of the Court's Sanctions Order

6    through the date of the deposition, redacted for attorney-client privilege.  We made every effort

7    to seek only those fees and costs that were associated with the preparation for and taking of the

8    continued Rule 30(b)(6) deposition of AMTAX 169.  Attached hereto as **Exhibit C** is a table

9    showing costs incurred with supporting receipts.

10       6.      It is the practice of Stoel Rives to bill certain costs separately to the client.  Costs

11   which are billed separately include photocopy charges, long distance cell phone services,

12   computerized research, charges for outgoing telecopies, filing fees, witness fees, costs for

13   messenger services, etc.  This law firm will also, from time-to-time, advance and pay certain

14   costs such as court reporter's fees and transcript costs.  These costs are also sometimes billed

15   directly to the client and paid by them.  These are billing practices that are standard in the legal

16   community.

17       I declare under penalty of perjury of the laws of the United States of America and of the

18   State of Washington that the foregoing is true and correct.

19

20

21

22

23

24

25

26

DECLARATION OF J. SCOTT PRITCHARD REGARDING
FEES AND COSTS FOR CONTINUED RULE 30(B)(6)
DEPOSITION OF AMTAX 169, LLC (Case No. 17-cv-06048-RBL) - 3

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1

DATED:  August 7, 2019.

2                                                        STOEL RIVES LLP

3

4                                                        /s/ J. Scott Pritchard
                                                         J. Scott Pritchard, WSBA #50761
5                                                        600 University Street, Suite 3600
                                                         Seattle, WA  98101
6                                                        Telephone: (206) 624-0900
                                                         Email: scott.pritchard@stoel.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF J. SCOTT PRITCHARD REGARDING
FEES AND COSTS FOR CONTINUED RULE 30(B)(6)
DEPOSITION OF AMTAX 169, LLC (Case No. 17-cv-06048-RBL) - 4

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

## CERTIFICATE OF SERVICE

1

I hereby certify that on the ___ day of August 2019, I electronically filed the foregoing

2

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

3

to the following participants:

4

5
**Arwen Johnson**                ajohnson@bsfllp.com

6
**Christopher Cadwell**          ccaldwell@bsfllp.com
                                 BSF_LAD_Records@BSFLLP.com

7

8
**Craig Bessenger**              cbessenger@bsfllp

9

10
**Eric Pettit**                  epettit@bsfllp.com

11
**Grace Zelphin**                gzelphin@bsfllp.com

12
**David Burman**                 dburman@perkinscoie.com
                                 docketsea@perkinscoie.com

13

14
**Mallory Gitt Webster**         mwebster@perkinscoie.com

15
**Steven Merriman**              smerriman@perkinscoie.com

16
**David Goodnight**              drgoodnight@stoel.com
                                 sea_PS@stoel.com

17                               docketclerk@stoel.com
                                 Adina.davis@stoel.com

18

19
**Margarita Latsinova**          rvlatsinova@stoel.com
                                 debbie.dern@stoel.com

20

21
**J. Scott Pritchard**           scott.pritchard@stoel.com
                                 eileen.mccarty@stoel.com

22
        DATED:  August 7, 2019.

23

24
                                    *s/ Eileen McCarty*
                                 _____
25                               Eileen McCarty
                                 Practice Assistant
26                               Stoel Rives LLP

CERTIFICATE OF SERVICE 1

**Stoel Rives llp**
Attorneys
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900