THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HIDDEN HILLS MANAGEMENT, LLC,
and 334TH PLACE 2001, LLC,

        Plaintiffs,

    v.

AMTAX HOLDINGS 114, LLC, and
AMTAX HOLDINGS 169, LLC

        Defendants.

AMTAX HOLDINGS 114, LLC, AMTAX
HOLDINGS 169, LLC, and PARKWAY
APARTMENTS, LP

        Counter-Plaintiffs,

    v.

HIDDEN HILLS MANAGEMENT, LLC,
and 334TH PLACE 2001, LLC

        Counter-Defendants.

No. 3:17-cv-06048-RBL

**DEFENDANTS AND COUNTER-
PLAINTIFFS' NOTICE OF APPEAL AND
REPRESENTATION STATEMENT**

DEFENDANTS AND COUNTER-PLAINTIFFS'
NOTICE OF APPEAL AND REPRESENTATION
STATEMENT
No. 3:17-cv-06048-RBL

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice is hereby given that Defendants and Counter-Plaintiffs AMTAX Holdings 114, LLC, acting directly, and AMTAX Holdings 169, LLC, acting both directly and derivatively on behalf of Parkway Apartments, LP, appeal to the United States Court of Appeals for the Ninth Circuit from the Amended Judgment (Dkt. # 138) entered on September 10, 2019 in the underlying matter in the District Court for the Western District of Washington.  This case was first filed in the District Court on December 14, 2017 (Dkt. # 1).  Plaintiff and Counter-Defendant Hidden Hills Management, LLC filed its notice of appeal with the District Court on October 8, 2019 (Dkt. # 140).  The fees for this appeal have been paid.

Defendants and Counter-Plaintiffs' Representation Statement is attached to this Notice.

The mailing address for Defendants and Counter-Plaintiffs is:
Christopher G. Caldwell, admitted *pro hac vice*
Eric S. Pettit, admitted *pro hac vice*
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017

RESPECTFULLY SUBMITTED this 9th day of October, 2019.

**Perkins Coie LLP**

By:  /s/ Steven D. Merriman
David J. Burman, WSBA #10611
Steven D. Merriman, WSBA #44035
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  DBurman@perkinscoie.com
            SMerriman@perkinscoie.com

**Boies Schiller Flexner LLP**

Christopher Caldwell, admitted *pro hac vice*
Eric Pettit, admitted *pro hac vice*
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone:  213.629.9040
Facsimile:  213.629.9022
Email:  ccaldwell@bsfllp.com
            epettit@bsfllp.com

Attorneys for Defendants and Counter-Plaintiffs

DEFENDANTS AND COUNTER-PLAINTIFFS'
NOTICE OF APPEAL AND REPRESENTATION
STATEMENT
No. 3:17-cv-06048-RBL – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

**REPRESENTATION STATEMENT**

2

Pursuant to Ninth Circuit Rule 3-2(b), Defendants and Counter-Plaintiffs AMTAX

3

Holdings 114, LLC, acting directly, and AMTAX Holdings 169, LLC, acting directly and

4

derivatively on behalf of Parkway Apartments, LP, identify the following parties to this action,

5

and their counsel of record:

6

       1.     **Plaintiffs and Counter-Defendants Hidden Hills Management, LLC and**

7

               **334th Place 2001, LLC**

8

               David R. Goodnight

9

               Rita V. Latsinova
               J. Scott Pritchard

10

               Stoel Rives LLP
               600 University Street, Suite 3600

11

               Seattle, WA 98101
               Phone Number: 206.624.0900

12

13

       2.     **Defendants and Counter-Plaintiffs AMTAX Holdings 114, LLC and**
               **AMTAX Holdings 169, LLC**

14

15

               David J. Burman
               Steven D. Merriman

16

               Mallory Gitt Webster
               Perkins Coie

17

               1201 3rd Ave., Ste. 4900
               Seattle, WA 98101-3099

18

               Phone Number: 206.359.8000

19

               Christopher G. Caldwell
               Eric S. Pettit

20

               Arwen R. Johnson
               Craig H. Bessenger

21

               Boies Schiller Flexner LLP
               725 S. Figueroa Street, 31st Floor

22

               Los Angeles, CA 90017

23

               Phone Number: 213.629.9040

24

25

26

1

2          DATED this 9th day of October, 2019.

3          **Perkins Coie LLP**

4          By: /s/ Steven D. Merriman
           David J. Burman, WSBA #10611
5          Steven D. Merriman, WSBA #44035
           1201 Third Avenue, Suite 4900
6          Seattle, WA  98101-3099
           Telephone:  206.359.8000
7          Facsimile:  206.359.9000
           Email:   DBurman@perkinscoie.com
8                       SMerriman@perkinscoie.com

9          **Boies Schiller Flexner LLP**

10         Christopher G. Caldwell, admitted *pro hac vice*
           Eric S. Pettit, admitted *pro hac vice*
11         725 S Figueroa Street, 31st Floor
           Los Angeles, CA 90017
12         Telephone:  213.629.9040
           Facsimile:  213.629.9022
13         Email:   ccaldwell@bsfllp.com
                       epettit@bsfllp.com
14
           Attorneys for Defendants and Counter-Plaintiffs
15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS AND COUNTER-PLAINTIFFS'
NOTICE OF APPEAL AND REPRESENTATION
STATEMENT
No. 3:17-cv-06048-RBL – 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

On October 9, 2019, I caused a copy of Defendants and Counter-Plaintiffs' Notice of

Appeal and Representation Statement to be electronically filed via the Court's Electronic Case

Filing System, which will notify all attorneys of record of the filing.

By:   /s/ Steven D. Merriman
      Steven D. Merriman

CERTIFICATE OF SERVICE
No. 3:17-cv-06048-RBL

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000