THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HIDDEN HILLS MANAGEMENT, LLC, and 334TH PLACE 2001, LLC, | No. 3:17-cv-06048-RBL |
| Plaintiffs, | PLAINTIFFS' MOTION TO SET OPTIONS PRICES |
| v. | NOTE ON MOTION CALENDAR: January 10, 2020 |
| AMTAX HOLDINGS 114, LLC, and AMTAX HOLDINGS 169, LLC, | |
| Defendants. | |
| AMTAX HOLDINGS 114, LLC, AMTAX HOLDINGS 169, LLC, and PARKWAY APARTMENTS, LP | |
| Counter-Plaintiffs, | |
| v. | |
| HIDDEN HILLS MANAGEMENT, LLC, and 334TH PLACE 2001, LLC, | |
| Counter-Defendants. | |

MOTION TO SET OPTION PRICES
(3:17-cv-06048-RBL)

STOEL RIVES LLP
ATTORNEYS
600 University St., Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

## I.   INTRODUCTION AND SUMMARY

Plaintiffs and Counter-Defendants Hidden Hills Management, LLC and 334th Place 2001, LLC and Defendants and Counter-Plaintiffs AMTAX Holdings 114, LLC and AMTAX Holdings 169, LLC ("AMTAX 169"), tried this case to the Court in June of 2019.  The Court's post-trial findings of fact and conclusions of law were issued on July 23, 2019, requiring, among other things, that the parties obtain new third appraisals for each property in order to calculate the final option price ("Option Price") to purchase the limited partner interest under Section 7.4.J. of each partnership's limited partnership agreement ("LPA").

Since that time, the parties have obtained new third appraisals for the Hidden Hills and Parkway properties.  Based on those new valuations, Plaintiffs have calculated the Option Prices for each partnership in accordance with the Court's post-trial findings and conclusions.  Plaintiffs have requested that Defendants stipulate to these Option Prices.  Defendants would not agree to stipulate, and Plaintiffs therefore file this motion seeking a supplemental order setting the Option Price for each partnership.

## II.   FACTUAL AND PROCEDURAL BACKGROUND

In the Court's post-trial findings of fact and conclusions of law (Dkt. # 116), the Court ruled that with respect to the Hidden Hills partnership "[a]s a remedy in setting the Option Price, a new third appraisal must be obtained to determine the property's FMV, which shall not take into account the environmental contamination on the property site. The date of value for the new third appraisal shall be June 10, 2019, and the waterfall calculations shall be run from May 31, 2019, the last day of the month closest to June 10."  CL ¶ 10.

With respect to the Parkway partnership, the Court ruled that "[i]f the Novogradac and CBRE appraisers are unable to agree on the Parkway property's value, a third appraisal shall be promptly obtained pursuant to Section 7.4.J of the LPA. . . . The date of value for the third appraisal shall be January 3, 2018, the date of 334th Place's exercise of the option, and the waterfall calculations shall be run from December 31, 2017, the date of the 2017 audit."  CL ¶

MOTION TO SET OPTION PRICES
(3:17-cv-06048-RBL) - 1

104670218.1 0009368-00002

STOEL RIVES LLP
ATTORNEYS
600 University St., Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

1    18.  The Court further ordered that "[o]nce the third appraisal is obtained, the GP shall present to

2    AMTAX the revised waterfall, following the calculation methods reflected in Trial Exhibit 168,

3    after which the GP shall have the option to purchase AMTAX's interest at the Option Price

4    reflected in the revised waterfall presented by the GP."  CL ¶ 20.

5         Gary Klockenteger MAI, of Kidder Mathews Valuation Advisory Services, was selected

6    to complete the new third appraisals for both Hidden Hills and Parkway.  Pritchard Decl. ¶¶ 2-3,

7    Exs. A and B.  He issued his appraisal report for Parkway on October 18, 2019, a copy of which

8    is attached as Exhibit A to the accompanying declaration of Scott Pritchard.  The appraisal report

9    valued Parkway at $18,160,000 as of January 3, 2018.  *Id.*  Mr. Klockenteger issued his appraisal

10   report for Hidden Hills on October 17, 2019, a copy of which is attached as Exhibit B to the

11   accompanying declaration of Scott Pritchard.  The appraisal report valued Hidden Hills at

12   $19,890,000 as of June 10, 2019.  *Id.*

13        After receiving the appraisals, Catherine Tamaro ran new waterfall calculations based on

14   those valuations and consistent with the Court's post-trial findings and conclusions.  *See* Tamaro

15   Decl. ¶ 3, Exs. A, B (waterfall calculations).  The waterfall calculations for Hidden Hills resulted

16   in an Option Price of $7,241,219.  The waterfall calculations for Parkway resulted in an Option

17   Price of $3,347,598.  On December 6, 2019, counsel for the Plaintiffs sent a letter to counsel for

18   Defendants seeking to have the new calculations and Option Prices under this Court's final

19   judgment be memorialized by a stipulation to be submitted to the Court.  Pritchard Decl. ¶ 4.  On

20   December 18, 2019, Defendants' counsel responded, declining to agree to stipulate as to the

21   Option Prices.  *Id.* Ex. C.  Accordingly, Plaintiffs bring this motion.

22                              **III.  AUTHORITY AND ARGUMENT**

23        The Court reserved jurisdiction to address any potential future disputes regarding the

24   waterfall calculations or the setting of the Option Price for Hidden Hills and Parkway.  CL ¶ 46.

25   Plaintiffs do not believe that any aspect of the new third appraisals for Hidden Hills or Parkway

26    are in dispute given the entry of the Court's post-trial findings of fact and conclusions of law.

MOTION TO SET OPTION PRICES
(3:17-cv-06048-RBL) - 2

STOEL RIVES LLP
ATTORNEYS
600 University St., Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

1    Similarly, Plaintiffs do not believe there is any dispute that the waterfall calculations were

2    completed in a manner consistent with the Court's post-trial findings of fact and conclusions of

3    law.  Defendants have not agreed, however, to stipulate to the Option Prices under this Court's

4    final judgment.  *See* Pritchard Decl. ¶ 4, Ex. C.  No reason was provided, except that the parties

5    have filed cross appeals.

6            After trial, this Court upheld the general partner options under the respective LPAs and

7    retained jurisdiction as necessary to determine each partnership's Option Price and facilitate the

8    exercise of the option.  Defendants do not appear to dispute that the waterfall calculations

9    submitted with Ms. Tamaro's declaration are in fact correct under this Court's post-trial findings

10   and final judgment.  Plaintiffs therefore submit that the trial court record should be supplemented

11   to identify the current Option Prices, which flow directly from this Court's self-executing final

12   judgment.  Entering the attached proposed order memorializing the Option Prices will complete

13   the record associated with this Court's final judgment, without prejudice to the parties' respective

14   positions on their cross appeal, and facilitate appellate review.  Plaintiffs' motion should be

15   granted.

16                                   **IV.  CONCLUSION**

17           For the foregoing reasons, Plaintiffs request that the Court enter the attached proposed

18   order memorializing the Option Price for each partnership under this Court's post-trial findings

19   and judgment.

20

21

22

23

24

25

26

MOTION TO SET OPTION PRICES
(3:17-cv-06048-RBL) - 3

STOEL RIVES LLP
ATTORNEYS
600 University St., Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

1

DATED:  December 19, 2019

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

/s/ Rita V. Latsinova
David R. Goodnight, WSBA No. 20286
Rita V. Latsinova, WSBA No. 24447
J. Scott Pritchard, WSBA No. 50761
600 University Street, Suite 3600
Seattle, WA  98101
Phone:  (206) 624-0900
Facsimile:  (206) 386-7500
Email:  david.goodnight@stoel.com
Email:  rita.latsinova@stoel.com
Email:  scott.pritchard@stoel.com

Attorneys for Plaintiff Hidden Hills
Management LLC and 334th Place 2001, LLC

MOTION TO SET OPTION PRICES
(3:17-cv-06048-RBL) - 4

STOEL RIVES LLP
ATTORNEYS
600 University St., Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that on the 19th day of December 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

3     such filing to the following participants:

4     **Arwen Johnson**          ajohnson@bsfllp.com

5     **Christopher Caldwell**    ccaldwell@bsfllp.com
                                   BSF_LAD_Records@BSFLLP.com
6

7     **Craig Bessenger**         cbessenger@bsfllp

8     **Eric Pettit**             epettit@bsfllp.com

9     **Grace Zelphin**           gzelphin@bsfllp.com

10    **David Burman**            dburman@perkinscoie.com
                                   docketsea@perkinscoie.com

11    **Mallory Gitt Webster**    mwebster@perkinscoie.com

12    **Steven Merriman**         smerriman@perkinscoie.com

13    **David Goodnight**         drgoodnight@stoel.com

14                                sea_PS@stoel.com
                                   docketclerk@stoel.com

15                                Adina.davis@stoel.com

16    **Margarita Latsinova**     rvlatsinova@stoel.com

17                                debbie.dern@stoel.com

18    **J. Scott Pritchard**      scott.pritchard@stoel.com
                                   eileen.mccarty@stoel.com

19        DATED:  December 19, 2019.

20

21                                   *s/ Eileen McCarty*
                                      _____
22                                   Eileen McCarty
                                      Practice Assistant
23                                   Stoel Rives, LLP
                                      eileen.mccarty@stoel.com
24

25

26

CERTIFICATE OF SERVICE - 1