THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HIDDEN HILLS MANAGEMENT, LLC, and 334TH PLACE 2001, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMTAX HOLDINGS 114, LLC, and AMTAX HOLDINGS 169, LLC,<br><br>Defendants. | No. 3:17-cv-06048-RBL<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO SET OPTION PRICES<br><br>NOTE ON MOTION CALENDAR: January 10, 2020 |
| AMTAX HOLDINGS 114, LLC, AMTAX HOLDINGS 169, LLC, and PARKWAY APARTMENTS, LP<br><br>Counter-Plaintiffs,<br><br>v.<br><br>HIDDEN HILLS MANAGEMENT, LLC, and 334TH PLACE 2001, LLC,<br><br>Counter-Defendants. | |

This Court, having read and considered Hidden Hills Management, LLC and 334th Place 2001, LLC's Motion to Set the Option Prices, supporting declarations and exhibits, and opposition and reply papers, and good cause appearing, hereby ORDERS:

[~~PROPOSED~~] ORDER (3:17-cv-06048-RBL) - 1

1. Hidden Hills Management, LLC and 334th Place 2001, LLC's motion is GRANTED.

2. Pursuant to this Court's post-trial findings of fact and conclusions of law (Dkt. # 116), the Parkway Option Price is $3,347,598 and the Hidden Hills Option Price is $7,241,219.

3. This Order shall supplement the Court's post-trial findings of fact and conclusions of law and merge into its amended judgment (Dkt. # 138).

**IT IS SO ORDERED**

DATED: January 13, 2020.

Ronald B. Leighton
United States District Judge

[PROPOSED] ORDER (3:17-cv-06048-RBL) - 2